**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/03)      Case Number **05–50085 ahws**

# UNITED STATES BANKRUPTCY COURT
## District of Connecticut

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 1/28/05.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
Andrew J. Szabo
18 Greenway Drive
Greenwich, CT 06831

| Case Number:* | Social Security/Taxpayer ID Nos.: |
|---|---|
| 05–50085 ahws | xxx–xx–7947 |
| **Attorney for Debtor(s)** (name and address):<br>David A. Scalzi<br>921 Stillwater Road<br>Stamford, CT 06902<br>Telephone number: (203) 323–8232 | **Bankruptcy Trustee** (name and address):<br>Richard M. Coan<br>Coan Lewendon Gulliver & Miltenberger LL<br>495 Orange Street<br>New Haven, CT 06511<br>Telephone number: (203)624–4756 |

### Meeting of Creditors:

Date: **February 23, 2005**          Time: **09:30 AM**

Location: **Bankruptcy Meeting Room, One Centrury Tower, 265 Church Street, Suite 1104, New Haven, CT 06510–7017**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts: 4/26/05**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:

The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.
*\*THE BANKRUPTCY CASE NUMBER, INCLUDING THE INITIALS OF THE JUDGE TO WHOM THE CASE HAS BEEN ASSIGNED SHALL BE TYPED ON EACH SUBSEQUENT PLEADING PURSUANT TO DISTRICT COURT LOCAL RULE 6 AND BANKRUPTCY COURT LOCAL RULE 1001.1.*

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

| **Address of the Bankruptcy Clerk's Office:**<br>915 Lafayette Blvd<br>Bridgeport, CT 06604<br>Telephone number: 203–579–5808<br>NOTE: VCIS 24 hour information Toll Free: 1–800–800–5113 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br><br>*[signature: Deborah S. Hunt]*<br><br>Deborah S. Hunt |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: 1/28/05 |

**EXPLANATIONS** FORM B9A (9/97)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), (6), or (15), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice. You may want to consult an attorney to protect your rights. |

–– Refer to Other Side for Important Deadlines and Notices ––

**The Bankruptcy Trustee, whose name is reflected on the front page of this notice was appointed by the United States Trustee on the date this bankruptcy case was filed.**

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

05-50085   Doc 4   Filed 01/30/05   Entered 01/31/05 00:42:03   Desc Imaged
Certificate of Service   Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0205-5           User: mjames            Page 1 of 1              Date Rcvd: Jan 28, 2005
Case: 05-50085                 Form ID: B9A            Total Served: 17
```

The following entities were served by first class mail on Jan 30, 2005.
```
db        +Andrew J. Szabo,    18 Greenway Drive,    Greenwich, CT 06831-4217
aty       +David A. Scalzi,    921 Stillwater Road,    Stamford, CT 06902-1819
tr        +Richard M. Coan,    Coan Lewendon Gulliver & Miltenberger LL,    495 Orange Street,
            New Haven, CT 06511-3809
smg       +State of CT Dept. of Revenue Services,    Collections and Enforcement Div.,    25 Sigourney Street,
            Hartford, CT 06106-5001
ust       +U. S. Trustee,    One Century Tower,    265 Church Street,    Suite 1103,    New Haven, CT 06510-7005
6107464    Bank of America,    P.O. Box 33163,    Hartford, CT 06150-3163
6107465    Cardmember Service (Bank One),    P.O. Box 15153,    Wilmington, DE 19886-5153
6107467    Chase Platinum Visa,    P.O. Box 15655,    Wilmington, DE 19886-5655
6107468    Citi Cards,    P.O. Box 8103,    South Hackensack, NJ 07606-8103
6107469    Citibank NA,    P.O. Box 209613,    Brooklyn, NY 11220-9619
6107472    MBNA America,    P.O. Box 15102,    Wilmington, DE 19886-5102
6107471    MBNA America,    P.O. Box 15137,    Wilmington, DE 19886-5137
6107473    Mellon Bank,    P.O. Box 371038,    Pittsburgh, PA 15251-7038
6107474   +The Bank of New York,    P.O. Box 748,    Harrison, NY 10528-0748
6107475    U.S. Bank National Assoc. ND,    P.O. Box 790409,    Saint Louis, MO 63179-0409
```

The following entities were served by electronic transmission on Jan 28, 2005 and receipt of the transmission was confirmed on:
```
6107466    Fax: 602-221-4614 Jan 28 2005 18:34:16      Chase Automotive Finance,    P.O. Box 15700,
            Wilmington, DE 19886-5700
6107467    EDI: CHASE.COM Jan 28 2005 18:24:00         Chase Platinum Visa,    P.O. Box 15655,
            Wilmington, DE 19886-5655
6107470    E-mail: mrdiscen@discoverfinancial.com Jan 28 2005 18:30:42      Discover,    P.O. Box 15251,
            Wilmington, DE 19886-5251
                                                                                                TOTAL: 3
```

```
          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 30, 2005**                    **Signature:** _Joseph Speetjens_