## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

IN RE:  
SZABO, ANDREW J.                                CASE NO. 05-50085 AHWS

_____Debtor(s)_____

### TRUSTEE'S REPORT OF NO DISTRIBUTION

I, RICHARD M. COAN, Trustee, having been appointed trustee of the estate of the above-named debtor(s), report that I have neither received any property nor paid any money on account of this estate except exempt property; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law.

Pursuant to FRBP 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered.

I request that this report be approved, and that I be discharged from further duties as trustee.

I hereby certify that on this date, one (1) copy of this report was mailed to the United States Trustee for review.

Date:   02/23/05

RICHARD M. COAN, TRUSTEE  
Coan, Lewendon, Gulliver & Miltenberger, LLC  
495 Orange Street  
New Haven, CT 06511  
(203) 624-4756