**Form B18** (Official Form 18)(9/97)

# United States Bankruptcy Court

District of Connecticut
Case No. <u>05–50085</u>
**Chapter 7**

In re: (Name of Debtor)(s)
   Andrew J. Szabo
   18 Greenway Drive
   Greenwich, CT 06831

Social Security No.:
   xxx–xx–7947

Employer's Tax I.D. No.:


## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED** :

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).


BY THE COURT

Dated: <u>5/2/05</u>

*Deborah S. Hunt* (signature)

Deborah S. Hunt, Clerk of Court
United States Bankruptcy Court


**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18 continued (7/97)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

## Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

## Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

## Debts that are Not Discharged.

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts that are in the nature of alimony, maintenance, or support;

c. Debts for most student loans;

d. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

e. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle while intoxicated;

f. Some debts which were not properly listed by the debtor;

g. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

h. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

# CERTIFICATE OF SERVICE

```
District/off: 0205-5            User: admin              Page 1 of 1            Date Rcvd: May 03, 2005
Case: 05-50085                  Form ID: B18             Total Served: 15


The following entities were served by first class mail on May 05, 2005.
db       +Andrew J. Szabo,    18 Greenway Drive,    Greenwich, CT 06831-4217
aty      +David A. Scalzi,    921 Stillwater Road,    Stamford, CT 06902-1819
tr       +Richard M. Coan,    Coan Lewendon Gulliver & Miltenberger LL,    495 Orange Street,
           New Haven, CT 06511-3809
6107464   Bank of America,    P.O. Box 33163,   Hartford, CT 06150-3163
6107465   Cardmember Service (Bank One),    P.O. Box 15153,    Wilmington, DE 19886-5153
6107467   Chase Platinum Visa,    P.O. Box 15655,    Wilmington, DE 19886-5655
6107468   Citi Cards,    P.O. Box 8103,    South Hackensack, NJ 07606-8103
6107469   Citibank NA,    P.O. Box 209619,    Brooklyn, NY 11220-9619
6107472   MBNA America,    P.O. Box 15102,    Wilmington, DE 19886-5102
6107471   MBNA America,    P.O. Box 15137,    Wilmington, DE 19886-5137
6107473   Mellon Bank,    P.O. Box 371038,    Pittsburgh, PA 15251-7038
6107474  +The Bank of New York,    P.O. Box 748,    Harrison, NY 10528-0748
6107475   U.S. Bank National Assoc. ND,    P.O. Box 790409,    Saint Louis, MO 63179-0409

The following entities were served by electronic transmission on May 03, 2005 and receipt of the transmission
was confirmed on:
6107466   Fax: 602-221-4614 May 03 2005 19:14:55     Chase Automotive Finance,    P.O. Box 15700,
           Wilmington, DE 19886-5700
6107467   EDI: CHASE.COM May 03 2005 16:12:00      Chase Platinum Visa,    P.O. Box 15655,
           Wilmington, DE 19886-5655
6107470   EDI: DISCOVER.COM May 03 2005 16:11:00      Discover,   P.O. Box 15251,   Wilmington, DE 19886-5251
                                                                                            TOTAL: 3

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 05, 2005**        **Signature:** *Joseph Speetjens*